**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.:

SANDP SOLUTIONS, INC., d/b/a
BITCOIN OF AMERICA,

      Plaintiff,

v.

THE SILVER LOGIC, LLC,

      Defendant.
_____/

**COMPLAINT**

      The Silver Logic, LLC ("TSL") claims that it "Provides The Best Custom Software Development In The Industry" and employs a "Zero-Trust Approach to Enterprise Security." In actuality, TSL fails to employ very basic, widely used cybersecurity tools, such as firewalls and whitelisting, which have been common, standard security measures since at least the 1980s. TSL's failure to follow basic industry-standard cybersecurity in breach of its contract obligations allowed hackers to steal over $750,000 worth of Bitcoin from the Digital Wallet of SandP Solutions, Inc., d/b/a Bitcoin of America ("BOA").

**PARTIES, JURISDICTION, AND VENUE**

      1.      Plaintiff BOA is a corporation incorporated and headquartered in Illinois.

      2.      Defendant TSL is a Florida limited liability company with its principal place of business in Palm Beach county, Florida.

3. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S. Code § 1332, because the matter in controversy in the present action exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

4. Venue lies in the Southern District of Florida because Defendant TSL is located within this district.

5. All conditions precedent to the filing of this lawsuit have been performed, satisfied and/or waived.

**FACTS**

6. BOA is a cryptocurrency exchange platform that allows customers to exchange cash for Bitcoin, by using Bitcoin ATM machines ("BTMs").

7. Founded in 2015, BOA is at the forefront of the BTM industry. Currently, BOA operates over 1,200 BTMs across the US, being the world's third largest BTM operator.

8. BTMs are similar to traditional ATMs. The only difference is that, while ATM customers access and transfer funds held in a bank account, BTMs allow customers to purchase Bitcoin with cash, credit card, or debit card. To make a purchase, the customer feeds cash or inserts a credit or debit card into the BTM, selects the Bitcoin amount, and the Bitcoin is instantly transferred from BOA's Bitcoin Wallet to the customer's digital wallet.

9. The security and efficiency of BOA's BTM operations rely entirely on the BTM software. The software's most critical functionality consists of integrating all BTM components with BOA's Bitcoin Wallet, where BOA's Bitcoin are stored, and from which BOA disburses Bitcoin to the customer's digital wallet once a BTM purchase is completed.

10. Because Bitcoin transfers are entirely digital, the software must contain cybersecurity tools that protect all aspects of a BTM transaction from hacking attacks.

11. In 2019, BOA decided to develop and implement a software specifically tailored to BOA's large network of BTM machines. To do that, BOA hired TSL, a technology company that designs and builds custom software. Under TSL's "Master Service Agreement" with BOA, "[TSL] warrant[ed] that the Services will be performed in a professional and workmanlike manner in accordance with recognized industry standards." Exhibit A, at Section 8.

12. A key component of the project assigned to TSL was to integrate BOA's BTMs with BOA's Bitcoin Wallet. That was a critical part of TSL's software development, because all of the Bitcoin used to fund BOA's BTMs are deposited in BOA's Bitcoin Wallet. Thus, it was vital that TSL's software contained tools to protect BOA's Bitcoin Wallet.

13. Given TSL's self-acclaimed "Zero-Trust Approach to Enterprise Security," BOA expected TSL to apply industry standard tools to protect BOA's Bitcoin Wallet from invasions. In fact, TSL's cybersecurity "Zero-Trust" approach features prominently on its website, along with several security tools TSL purportedly implements in its software development services:[1]

---

[1] https://thesilverlogic.com



14. For example, a well-known cybersecurity solution, widely adopted in the industry, is "whitelisting" specific IP addresses. In essence, "whitelisting" blocks access to specific networks and applications—such as BOA's Bitcoin Wallet—*except* for the specified ("whitelisted") IP addresses. IP "Whitelisting" is widely recognized as a very powerful, yet easy to implement security tool.

15. However, TSL did not implement any industry standard security tool to protect BOA from hackers. Instead, TSL left BOA's BTMs completely unprotected and wide open for invasions, by not restricting access to BOA's Bitcoin Wallet, but rather permitting access to BOA's Wallet by anyone attempting to do so, from any device and any IP address available throughout the world.

16. Between March 31 and April 1, 2021, BOA's Bitcoin Wallet was hacked four times. As a result of the attack, 11.3 Bitcoin, worth approximately $750,000, were stolen.

17. On April 2, 2021, after BOA alerted TSL of the invasion, TSL decided to implement a whitelist and restrict access to BOA's Bitcoin Wallet to specified members of the BOA team.

18. In fact, it only took TSL's team of programmers a few minutes to implement a whitelist and protect BOA's Bitcoin Wallet.  Remarkably, TSL knew exactly what tools were required to prevent an invasion, and yet TSL failed to take any action to protect BOA's Bitcoin Wallet prior to the attack.  Had TSL timely implemented this widely diffused security strategy, and performed its services "in accordance with recognized industry standards[,]" as it had agreed to, TSL would have easily prevented the hacking of BOA's Bitcoin Wallet.

## COUNT I
## BREACH OF CONTRACT

19. Plaintiff realleges paragraphs 1 through 18 above as though fully set forth herein.

20. Section 8 of TSL's "Master Service Agreement" with BOA provides: "[TSL] warrants that the Services will be performed in a professional and workmanlike manner in accordance with recognized industry standards."

21. TSL breached the warranty provision, by failing to adopt recognized industry standards to secure and restrict access to BOA's Bitcoin Wallet.

22. Because of TSL's breach, BOA's Bitcoin Wallet was invaded by hackers, and 11.3 Bitcoin were stolen.

23. BOA has been damaged in the amount of Bitcoin stolen, due to TSL's breach, which is in excess of $750,000.

WHEREFORE, BOA respectfully requests that this Court enter judgment in its favor against TSL and award damages, including interest, costs, attorney's fees and expenses, and grant such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial of all claims so triable.

Respectfully submitted,

**AXS LAW GROUP PLLC**
2121 NW 2nd Avenue
Miami, FL 33127
Tel: (305) 297-1878

By: */s/ Jeffrey W. Gutchess*
**JEFFREY W. GUTCHESS**
Florida Bar No. 702641
Jeff@axslawgroup.com

*Counsel for Plaintiff*